UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOE MACOM,

        Plaintiff,

  v.

JOSEPH LEHMAN, *et al*,

        Defendants.

CASE NO.    C05-5338FDB

ORDER

The Court, having reviewed plaintiff's motion, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's motion for preliminary injunction (Dkt. #5) is DENIED; and

(3)    The Clerk is directed to send copies of this Order to plaintiff, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 6th day of September 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1